# EXHIBIT A-1

## **Exhibit List**

A-1  This Exhibit List

A-2  District of Columbia Court of Appeals Docket Sheet (focus is on litigation events beginning on 10/26/22)

A-3  Motion to Enforce Second Subpoena Duces Tecum (Petitioner Bar Counsel)

A-4  Respondent's Response to Disciplinary Counsel's Motion (Respondent)

A-5  Disciplinary Counsel's Reply to Respondent's Response to Motion to Enforce (Petitioner Bar Counsel)

A-6  Charges (included for context only)

A-7  Second Subpoena (included for context only)